AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

ROLAND STOCK, LLC and Edwin L. Stock, Respondents

v.

HOUSING AUTHORITY OF the COUNTY OF BERKS, Petitioner

Roland Stock, LLC and Edwin L. Stock, Respondent

v.

Housing Authority of the County of Berks, Petitioner

No. 465 MAL 2017
No. 466 MAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Jose L. GONZALEZ, Petitioner

No. 500 MAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

BOROUGH OF WEST CONSHOHOCKEN, Petitioner

v.

Joseph and Jane SOPPICK, H/W, Respondents

No. 458 MAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is DENIED.